IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK04-41534 |
| | ) | A05-4039 |
| RICHARD E. CARLSON, | ) | |
| | ) | CH. 7 |
| Debtor(s). | ) | |
| LELAND V. CARLSON and KATHRYN A. STEWART, Personal Representatives of the Estate of Edna N. Carlson, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| RICHARD E. CARLSON, | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to the separate order entered contemporaneously herewith granting the motion to reopen the adversary proceeding and to reconsider the entry of the judgment, the judgment entered on September 7, 2005, at Filing No. 13, is hereby vacated. The Clerk of the Bankruptcy Court is directed to provide a copy of this order to the Clerk of the District Court for filing in the judgment entry book.

SO ORDERED.

DATED this 13th day of September, 2006.

BY THE COURT:

/s/ Timothy J. Mahoney
Chief Judge

Notice given by the court to:
  Paul E. Hofmeister
  Richard Garden, Jr.
  Richard E. Carlson
  U.S. Trustee